**Click here to Respond to Selected Documents**

Sort Date Entries: Descending Ascending

Display Options: All Entries ⌄

**09/21/2023**

    **Ord Transfer P/Judge for Assn**

    Cause assigned to Division # 02 for trial on 11/27/23. see court order So Ordered: Elizabeth B. Hogan, Judge

    **Jury Trial Scheduled**
        **Scheduled For:** 11/27/2023; 9:00 AM; CLINTON ROBERT WRIGHT; City of St. Louis

    **Hearing/Trial Cancelled**
        **Associated Entries: 08/28/2023 - Jury Trial Scheduled**
        **Scheduled For:** 11/27/2023; 9:00 AM; ELIZABETH BYRNE HOGAN; City of St. Louis

    **Judge Assigned**

**09/12/2023**

    **Corporation Served**
    Document ID - 23-SMCC-10059; Served To - WASHINGTON UNIVERSITY IN ST. LOUIS; Server - ; Served Date - 12-SEP-23; Served Time - 00:00:00; Service Type - Other; Reason Description - Served

    **Notice of Service**

    Proof of Service.
        **Filed By:** MATTHEW JOHN GHIO
        **On Behalf Of:** SOPHIA VASSER

**09/08/2023**

    **Alias Summons Issued**

    Document ID: 23-SMCC-10059, for WASHINGTON UNIVERSITY IN ST. LOUIS.

**09/06/2023**

    **Motion Special Process Server**

    Request for Appointment of Process Server.
        **Filed By:** MATTHEW JOHN GHIO
        **On Behalf Of:** SOPHIA VASSER

    **Alias Summons Requested**

    Request for Alias Summons.
        **Filed By:** MATTHEW JOHN GHIO
        **On Behalf Of:** SOPHIA VASSER

    **Order**

    Plaintiff's Motion for Leave to File First Amended Petition Under Rule 55.33(a) is hereby granted. So Ordered: Judge Michael Stelzer #40716

    **Notice of Hearing Filed**

    Notice of Hearing.
        **Filed By:** MATTHEW JOHN GHIO
        **On Behalf Of:** SOPHIA VASSER

**08/28/2023**

    **Jury Trial Scheduled**
        **Associated Entries: 09/21/2023 - Hearing/Trial Cancelled**
        **Scheduled For:** 11/27/2023; 9:00 AM; ELIZABETH BYRNE HOGAN; City of St. Louis

    **Order for Continuance**

    was granted. So Ordered: Elizabeth B. Hogan, Judge

    **Hearing/Trial Cancelled**
        **Associated Entries: 07/05/2023 - Jury Trial Scheduled**
        **Scheduled For:** 08/14/2023; 9:00 AM; SCOTT ANTHONY MILLIKAN; City of St. Louis


Exhibit A

**Ord Transfer P/Judge for Assn**

Above styled cause transferred to Division 1. Plaintiff's counsel to contact Division 1 to request continuance or new trial setting. So Ordered: Judge Scott A. Millikan

**Judge Assigned**

**08/15/2023**

    **Other Proposed Document Filed**

    First Amended Petition.
       **Filed By:** MATTHEW JOHN GHIO
       **On Behalf Of:** SOPHIA VASSER
    **Mot for Leave to File Out/Time**

    Motion for Leave to File FAP.
       **Filed By:** MATTHEW JOHN GHIO
       **On Behalf Of:** SOPHIA VASSER

**07/05/2023**

    **Ord Transfer P/Judge for Assn**

    Cause assigned to Division # 09 for trial on 08/14/23. see court order So Ordered: Elizabeth B. Hogan, Judge
    **Jury Trial Scheduled**
      **Associated Entries: 08/28/2023 - Hearing/Trial Cancelled**
      **Scheduled For:** 08/14/2023; 9:00 AM; SCOTT ANTHONY MILLIKAN; City of St. Louis
    **Hearing/Trial Cancelled**
      **Associated Entries: 06/27/2023 - Hearing Continued/Rescheduled**
      **Associated Entries: 06/27/2023 - Jury Trial Scheduled**
      **Scheduled For:** 08/14/2023; 9:00 AM; ELIZABETH BYRNE HOGAN; City of St. Louis
    **Judge Assigned**

**06/27/2023**

    **Jury Trial Scheduled**
      **Associated Entries: 07/05/2023 - Hearing/Trial Cancelled**
      **Scheduled For:** 08/14/2023; 9:00 AM; ELIZABETH BYRNE HOGAN; City of St. Louis
    **Hearing Continued/Rescheduled**
      **Associated Entries: 05/03/2023 - Hearing Continued/Rescheduled**
      **Associated Entries: 05/03/2023 - Jury Trial Scheduled**
      **Associated Entries: 07/05/2023 - Hearing/Trial Cancelled**
      **Hearing Continued From:** 07/03/2023; 9:00 AM Jury Trial

**05/03/2023**

    **Jury Trial Scheduled**
      **Associated Entries: 06/27/2023 - Hearing Continued/Rescheduled**
      **Scheduled For:** 07/03/2023; 9:00 AM; ELIZABETH BYRNE HOGAN; City of St. Louis
    **Hearing Continued/Rescheduled**
      **Associated Entries: 03/22/2023 - Hearing Continued/Rescheduled**
      **Associated Entries: 03/22/2023 - Jury Trial Scheduled**
      **Associated Entries: 06/27/2023 - Hearing Continued/Rescheduled**
      **Hearing Continued From:** 05/15/2023; 9:00 AM Jury Trial

**03/22/2023**

    **Jury Trial Scheduled**
      **Associated Entries: 05/03/2023 - Hearing Continued/Rescheduled**
      **Scheduled For:** 05/15/2023; 9:00 AM; ELIZABETH BYRNE HOGAN; City of St. Louis
    **Hearing Continued/Rescheduled**
      **Associated Entries: 02/08/2023 - Hearing Continued/Rescheduled**
      **Associated Entries: 02/08/2023 - Jury Trial Scheduled**
      **Associated Entries: 05/03/2023 - Hearing Continued/Rescheduled**
      **Hearing Continued From:** 03/27/2023; 9:00 AM Jury Trial

**02/08/2023**

    **Jury Trial Scheduled**
      **Associated Entries: 03/22/2023 - Hearing Continued/Rescheduled**
      **Scheduled For:** 03/27/2023; 9:00 AM; ELIZABETH BYRNE HOGAN; City of St. Louis

**Hearing Continued/Rescheduled**

    **Associated Entries: 12/28/2022 - Jury Trial Scheduled**

    **Associated Entries: 03/22/2023 - Hearing Continued/Rescheduled**

    **Hearing Continued From:** 02/14/2023; 9:00 AM Jury Trial

**12/28/2022**

    **Jury Trial Scheduled**

    **Associated Entries: 02/08/2023 - Hearing Continued/Rescheduled**

    **Scheduled For:** 02/14/2023; 9:00 AM; ELIZABETH BYRNE HOGAN; City of St. Louis

    **Hearing Continued/Rescheduled**

    **Associated Entries: 10/24/2022 - Hearing Continued/Rescheduled**

    **Associated Entries: 10/24/2022 - Jury Trial Scheduled**

    **Associated Entries: 02/08/2023 - Hearing Continued/Rescheduled**

    **Hearing Continued From:** 01/03/2023; 9:00 AM Jury Trial

**10/24/2022**

    **Jury Trial Scheduled**

    **Associated Entries: 12/28/2022 - Hearing Continued/Rescheduled**

    **Scheduled For:** 01/03/2023; 9:00 AM; MICHAEL FRANCIS STELZER; City of St. Louis

    **Hearing Continued/Rescheduled**

    **Associated Entries: 08/31/2022 - Hearing Continued/Rescheduled**

    **Associated Entries: 08/31/2022 - Jury Trial Scheduled**

    **Associated Entries: 12/28/2022 - Hearing Continued/Rescheduled**

    **Hearing Continued From:** 10/24/2022; 9:00 AM Jury Trial

**08/31/2022**

    **Jury Trial Scheduled**

    **Associated Entries: 10/24/2022 - Hearing Continued/Rescheduled**

    **Scheduled For:** 10/24/2022; 9:00 AM; MICHAEL FRANCIS STELZER; City of St. Louis

    **Hearing Continued/Rescheduled**

    **Associated Entries: 07/15/2022 - Hearing Continued/Rescheduled**

    **Associated Entries: 07/15/2022 - Jury Trial Scheduled**

    **Associated Entries: 10/24/2022 - Hearing Continued/Rescheduled**

    **Hearing Continued From:** 09/06/2022; 9:00 AM Jury Trial

**07/15/2022**

    **Jury Trial Scheduled**

    **Associated Entries: 08/31/2022 - Hearing Continued/Rescheduled**

    **Scheduled For:** 09/06/2022; 9:00 AM; MICHAEL FRANCIS STELZER; City of St. Louis

    **Hearing Continued/Rescheduled**

    **Associated Entries: 06/01/2022 - Hearing Continued/Rescheduled**

    **Associated Entries: 06/01/2022 - Jury Trial Scheduled**

    **Associated Entries: 08/31/2022 - Hearing Continued/Rescheduled**

    **Hearing Continued From:** 07/18/2022; 9:00 AM Jury Trial

**06/01/2022**

    **Jury Trial Scheduled**

    **Associated Entries: 07/15/2022 - Hearing Continued/Rescheduled**

    **Scheduled For:** 07/18/2022; 9:00 AM; MICHAEL FRANCIS STELZER; City of St. Louis

    **Hearing Continued/Rescheduled**

    **Associated Entries: 04/13/2022 - Hearing Continued/Rescheduled**

    **Associated Entries: 04/13/2022 - Jury Trial Scheduled**

    **Associated Entries: 07/15/2022 - Hearing Continued/Rescheduled**

    **Hearing Continued From:** 06/06/2022; 9:00 AM Jury Trial

**04/13/2022**

    **Jury Trial Scheduled**

    **Associated Entries: 06/01/2022 - Hearing Continued/Rescheduled**

    **Scheduled For:** 06/06/2022; 9:00 AM; MICHAEL FRANCIS STELZER; City of St. Louis

    **Hearing Continued/Rescheduled**

    **Associated Entries: 02/23/2022 - Hearing Continued/Rescheduled**

    **Associated Entries: 02/23/2022 - Jury Trial Scheduled**

    **Associated Entries: 06/01/2022 - Hearing Continued/Rescheduled**

    **Hearing Continued From:** 04/18/2022; 9:00 AM Jury Trial

**02/23/2022**

**Jury Trial Scheduled**

Scheduled For: 04/18/2022; 9:00 AM; MICHAEL FRANCIS STELZER; City of St. Louis

**Hearing Continued/Rescheduled**

**Associated Entries:** 01/07/2022 - Hearing Continued/Rescheduled

**Associated Entries:** 01/07/2022 - Jury Trial Scheduled

**Associated Entries:** 04/13/2022 - Hearing Continued/Rescheduled

**Hearing Continued From:** 02/28/2022; 9:00 AM Jury Trial

**01/07/2022**

**Jury Trial Scheduled**

**Associated Entries:** 02/23/2022 - Hearing Continued/Rescheduled

Scheduled For: 02/28/2022; 9:00 AM; MICHAEL FRANCIS STELZER; City of St. Louis

**Hearing Continued/Rescheduled**

**Associated Entries:** 10/28/2021 - Hearing Continued/Rescheduled

**Associated Entries:** 10/28/2021 - Jury Trial Scheduled

**Associated Entries:** 02/23/2022 - Hearing Continued/Rescheduled

**Hearing Continued From:** 01/18/2022; 9:00 AM Jury Trial

**10/28/2021**

**Jury Trial Scheduled**

**Associated Entries:** 01/07/2022 - Hearing Continued/Rescheduled

Scheduled For: 01/18/2022; 9:00 AM; MICHAEL FRANCIS STELZER; City of St. Louis

**Hearing Continued/Rescheduled**

**Associated Entries:** 08/18/2021 - Hearing Continued/Rescheduled

**Associated Entries:** 08/18/2021 - Jury Trial Scheduled

**Associated Entries:** 01/07/2022 - Hearing Continued/Rescheduled

**Hearing Continued From:** 11/08/2021; 9:00 AM Jury Trial

**08/18/2021**

**Jury Trial Scheduled**

**Associated Entries:** 10/28/2021 - Hearing Continued/Rescheduled

Scheduled For: 11/08/2021; 9:00 AM; MICHAEL FRANCIS STELZER; City of St. Louis

**Hearing Continued/Rescheduled**

**Associated Entries:** 06/23/2021 - Hearing Continued/Rescheduled

**Associated Entries:** 06/23/2021 - Jury Trial Scheduled

**Associated Entries:** 10/28/2021 - Hearing Continued/Rescheduled

**Hearing Continued From:** 09/27/2021; 9:00 AM Jury Trial

**06/23/2021**

**Jury Trial Scheduled**

**Associated Entries:** 08/18/2021 - Hearing Continued/Rescheduled

Scheduled For: 09/27/2021; 9:00 AM; MICHAEL FRANCIS STELZER; City of St. Louis

**Hearing Continued/Rescheduled**

**Associated Entries:** 05/10/2021 - Hearing Continued/Rescheduled

**Associated Entries:** 05/10/2021 - Jury Trial Scheduled

**Associated Entries:** 08/18/2021 - Hearing Continued/Rescheduled

**Hearing Continued From:** 08/02/2021; 9:00 AM Jury Trial

**05/10/2021**

**Jury Trial Scheduled**

**Associated Entries:** 06/23/2021 - Hearing Continued/Rescheduled

Scheduled For: 08/02/2021; 9:00 AM; MICHAEL FRANCIS STELZER; City of St. Louis

**Hearing Continued/Rescheduled**

**Associated Entries:** 04/21/2021 - Hearing Continued/Rescheduled

**Associated Entries:** 04/21/2021 - Jury Trial Scheduled

**Associated Entries:** 06/23/2021 - Hearing Continued/Rescheduled

**Hearing Continued From:** 06/21/2021; 9:00 AM Jury Trial

**04/21/2021**

**Jury Trial Scheduled**

**Associated Entries:** 05/10/2021 - Hearing Continued/Rescheduled

Scheduled For: 06/21/2021; 9:00 AM; MICHAEL FRANCIS STELZER; City of St. Louis

**Hearing Continued/Rescheduled**

    **Associated Entries:** 03/03/2021 - Jury Trial Scheduled

    **Associated Entries:** 05/10/2021 - Hearing Continued/Rescheduled

    **Hearing Continued From:** 05/03/2021; 9:00 AM Jury Trial

**03/03/2021**

    **Jury Trial Scheduled**

        **Associated Entries:** 04/21/2021 - Hearing Continued/Rescheduled

        **Scheduled For:** 05/03/2021; 9:00 AM; MICHAEL FRANCIS STELZER; City of St. Louis

    **Hearing Continued/Rescheduled**

        **Associated Entries:** 01/13/2021 - Hearing Continued/Rescheduled

        **Associated Entries:** 01/13/2021 - Jury Trial Scheduled

        **Associated Entries:** 04/21/2021 - Hearing Continued/Rescheduled

        **Hearing Continued From:** 03/15/2021; 9:00 AM Jury Trial

**01/13/2021**

    **Jury Trial Scheduled**

        **Associated Entries:** 03/03/2021 - Hearing Continued/Rescheduled

        **Scheduled For:** 03/15/2021; 9:00 AM; MICHAEL FRANCIS STELZER; City of St. Louis

    **Hearing Continued/Rescheduled**

        **Associated Entries:** 12/01/2020 - Hearing Continued/Rescheduled

        **Associated Entries:** 12/01/2020 - Jury Trial Scheduled

        **Associated Entries:** 03/03/2021 - Hearing Continued/Rescheduled

        **Hearing Continued From:** 02/01/2021; 9:00 AM Jury Trial

**12/01/2020**

    **Jury Trial Scheduled**

        **Associated Entries:** 01/13/2021 - Hearing Continued/Rescheduled

        **Scheduled For:** 02/01/2021; 9:00 AM; MICHAEL FRANCIS STELZER; City of St. Louis

    **Hearing Continued/Rescheduled**

        **Associated Entries:** 10/05/2020 - Hearing Continued/Rescheduled

        **Associated Entries:** 10/05/2020 - Jury Trial Scheduled

        **Associated Entries:** 01/13/2021 - Hearing Continued/Rescheduled

        **Hearing Continued From:** 12/07/2020; 9:00 AM Jury Trial

**10/05/2020**

    **Jury Trial Scheduled**

        **Associated Entries:** 12/01/2020 - Hearing Continued/Rescheduled

        **Scheduled For:** 12/07/2020; 9:00 AM; REX M BURLISON; City of St. Louis

    **Hearing Continued/Rescheduled**

        **Associated Entries:** 08/24/2020 - Hearing Continued/Rescheduled

        **Associated Entries:** 08/24/2020 - Jury Trial Scheduled

        **Associated Entries:** 12/01/2020 - Hearing Continued/Rescheduled

        **Hearing Continued From:** 10/13/2020; 9:00 AM Jury Trial

**08/24/2020**

    **Jury Trial Scheduled**

        **Associated Entries:** 10/05/2020 - Hearing Continued/Rescheduled

        **Scheduled For:** 10/13/2020; 9:00 AM; REX M BURLISON; City of St. Louis

    **Hearing Continued/Rescheduled**

        **Associated Entries:** 02/19/2020 - Jury Trial Scheduled

        **Associated Entries:** 10/05/2020 - Hearing Continued/Rescheduled

        **Hearing Continued From:** 08/24/2020; 9:00 AM Jury Trial

**02/19/2020**

    **Jury Trial Scheduled**

        **Associated Entries:** 08/24/2020 - Hearing Continued/Rescheduled

        **Scheduled For:** 08/24/2020; 9:00 AM; REX M BURLISON; City of St. Louis

**02/11/2020**

    **Summons Issued-Circuit**

    Document ID: 20-SMCC-846, for WASHINGTON UNIVERSITY IN ST. LOUIS.

**02/10/2020**

    **Filing Info Sheet eFiling**

        **Filed By:** MATTHEW JOHN GHIO

**Note to Clerk eFiling**

Filed By: MATTHEW JOHN GHIO

**Pet Filed in Circuit Ct**

Petition.

    **Filed By:** MATTHEW JOHN GHIO
    **On Behalf Of:** SOPHIA VASSER

**Judge Assigned**

2022-CC00303

Electronically Filed - City of St. Louis - February 10, 2020 - 05:31 PM

MISSOURI CIRCUIT COURT
TWENTY-SECOND JUDICIAL CIRCUIT
(City of St. Louis)

| | | |
|---|---|---|
| SOPHIA VASSER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| WASHINGTON UNIVERSITY | ) | Case No. _____ |
| IN ST. LOUIS, | ) | |
| | ) | Division No. ____ |
| SERVE AT: | ) | |
| Monica J. Allen | ) | |
| Vice-Chancellor and General Counsel | ) | |
| One Brookings Drive | ) | |
| St. Louis, Missouri 63130 | ) | |
| | ) | |
| Defendant. | ) | |

## PETITION
## EMPLOYMENT DISCRIMINATION UNDER THE MISSOURI HUMAN RIGHTS ACT

COMES NOW Plaintiff, by and through counsel, and for her Petition, states as follows:

1.     Plaintiff  Sophia Vasser is an African-American citizen of the United States who lives in St. Louis, Missouri.

2.     Defendant Washington University in St. Louis is a Missouri domestic corporation, registered in Missouri and doing business in St. Louis City as Washington University in St. Louis.

3.     Plaintiff was first employed by Defendant Washington University's School

Electronically Filed - City of St. Louis - February 10, 2020 - 05:31 PM

of Medicine in 1999 as a medical secretary and in billing, and worked for Defendant until August, 2016.

4.    Material events and transactions underlying Plaintiff's claims occurred within the City of St. Louis, State of Missouri.

5.    This Court maintains venue and jurisdiction over Plaintiffs claims brought herein pursuant to R.S. Mo. Sec. 213.111.

<div align="center">

**COUNT I — RACE DISCRIMINATION**
**IN VIOLATION OF THE MISSOURI HUMAN RIGHTS ACT**

</div>

6.    Plaintiff incorporates and re-alleges all allegations contained within paragraphs 1 through 5 above as if fully set forth herein.

7.    Defendant is an "employer" within the meaning of R.S.Mo. Sec. 213.010.

8.    Plaintiff filed a timely charge with the Missouri Commission on Human Rights ("MCHR"), alleging race discrimination and retaliation.

9.    On November 12, 2019, the MCHR issued Plaintiff a Notice of Right to Sue and Plaintiff thereafter filed this suit in a timely manner on February 10, 2020.

10.    Plaintiff reapplied for a position with Defendant in the summer of 2017.

11.    Plaintiff was hired as a scheduler on July 17, 2017.

12.    During 2017, Jennifer Grelle, a white female co-worker of mine, called a patient a "bitch" on a scheduling call.  Grelle was not disciplined or written up by our supervisor, Lorinda Gaines.  Grelle was then allowed to transfer to another department.

13.    On July 17, 2018, Plaintiff received her first performance review which was

Electronically Filed - City of St. Louis - February 10, 2020 - 05:31 PM

a good one.

14.    Around November 16, 2018, Plaintiff took a scheduling call for a patient who needed help with a cast.

15.    On November 19, 2018, Plaintiff was called into a meeting with Gaines and Kathy Bradley.  They accused Plaintiff of calling the patient a "bitch" on a recorded call. Plaintiff did not call the patient that name.  Plaintiff istened to the recording and did not hear herself use that word.

16.    Gaines and Bradley said Plaintiff did use that word, and they fired her  on the spot.

17.    Plaintiff complained internally to Defendant that she did not use that word and about how she was being discriminated against by being treated differently than Jennifer Grelle even if it were true that she said the word.

18.    Defendant discriminated against Plaintiff because of her race when it treated her differently than a white co-worker by terminating her employment and Plaintiff's race was a motivating factor in the decision to discharge her.

19.    Defendant's conduct, as aforesaid, constitutes an unlawful employment practice under R.S.Mo. Sec. 213.055(1).

20.    As a direct result of Defendant's unlawful employment practices, Plaintiff has been damaged in the form of diminished employment status, out-of-pocket costs and expenses, emotional distress and humiliation.

Electronically Filed - City of St. Louis - February 10, 2020 - 05:31 PM

21.     Defendants' actions were intentional, willful, knowing, wanton and malicious, and in flagrant disregard for the rights of Plaintiff, and entitle Plaintiff to an award of punitive damages.

22.     Plaintiff demands a trial by jury on this Count I of her Petition.

WHEREFORE, on Count 1 of this Petition, Plaintiff prays this Court to enter its order, judgment and decree awarding her:

a) a sum of money making Plaintiff whole for the harm caused, including compensatory damages and damages for emotional distress and humiliation;

b) reinstatement to her former position with Defendant or front pay in the alternative;

c) punitive damages to punish and deter Defendants and others from like conduct;

d) costs of litigation and a reasonable sum as and for attorney's fees;

e) pre-judgment interest; and

f) such other and further relief as this Court deems just and proper.

## COUNT II: RETALIATION IN VIOLATION OF THE MISSOURI HUMAN RIGHTS ACT

23.     Plaintiff re-alleges and incorporates by reference each and every allegation contained in paragraphs 1 through 17 above as if fully set forth herein.

24.     Plaintiff's complaint of discrimination after her discharge that she was being discriminated against because of her race was a motivating factor in why her internal appeal failed to result in her reinstatement to her position.

4

Electronically Filed - City of St. Louis - February 10, 2020 - 05:31 PM

25.     Such actions constitute unlawful employment practices under R.S.Mo. § 213.055(1) and R.S.Mo. § 213.070(2) because of Plaintiff's opposition to a practice she reasonably believed to be unlawful.

26.     As a direct result of Defendants' unlawful employment practices, Plaintiff has been damaged in the form of lost wages and benefits, diminished employment status, out-of-pocket costs and expenses, emotional distress, anxiety and humiliation.

27.     Defendants' actions were outrageous because of Defendants' evil motive or reckless indifference to the rights of others, and therefore entitle Plaintiff to an award of punitive damages.

28. Plaintiff demands a trial by jury on this Count II of her Petition.

WHEREFORE, on Count II of her Petition, Plaintiff prays this Court enter its order, judgment and decree awarding her:

a) a sum of money making Plaintiff whole for the harm caused, including compensatory damages and damages for emotional distress and humiliation;

b) reinstatement to her former position with Defendant or front pay in the alternative;

c) punitive damages to punish and deter Defendants and others from like conduct;

d) costs of litigation and a reasonable sum as and for attorney's fees;

e) pre-judgment interest; and

f) such other and further relief as this Court deems just and proper.

Electronically Filed - City of St. Louis - February 10, 2020 - 05:31 PM

Respectfully submitted,

**GHIO LAW FIRM LLC**

By: _____
Matthew J. Ghio                    #44799
In the Historic Dickmann Building
3115 S. Grand, Suite 100
St. Louis, Missouri 63118
(314) 707-5853
(314) 732-1404 (fax)
matt@ghioemploymentlaw.com



**IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI**

| | | |
|---|---|---|
| Judge or Division:<br>REX M BURLISON | **Case Number:  2022-CC00303** | Special Process Server 1 |
| Plaintiff/Petitioner:<br>SOPHIA VASSER | Plaintiff's/Petitioner's Attorney/Address<br>MATTHEW JOHN GHIO<br>GHIO LAW FIRM LLC<br>3115 S GRAND, SUITE 100<br>ST LOUIS, MO  63118 | Special Process Server 2 |
| vs. | | Special Process Server 3 |
| Defendant/Respondent:<br> WASHINGTON UNIVERSITY IN ST. LOUIS | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:  WASHINGTON UNIVERSITY IN ST. LOUIS
                                    Alias:

MONICA J ALLEN
VICE-CHANCELLOR &GEN COUNSELOR
1 BROOKINGS DRIVE
SAINT LOUIS, MO  63130

*COURT SEAL OF*

*CIRCUIT COURT OF MISSOURI*

*CITY OF ST LOUIS*

**SHERIFF'S FEE PAID**

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**February 11, 2020**

_____          _____
            Date                                                    Clerk

Further Information:

---

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
        Printed Name of Sheriff or Server                            Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*          Subscribed and sworn to before me on _____ (date).

My commission expires: _____          _____
                                            Date                                        Notary Public

---

| **Sheriff's Fees, if applicable** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | **$_____** |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



FILED

JUL - 5 2023

22ND JUDICIAL CIRCUIT
CIRCUIT CLERK'S OFFICE
_____ DEPUTY

# MISSOURI CIRCUIT COURT
## TWENTY – SECOND JUDICIAL CIRCUIT
### (CITY OF ST. LOUIS)

*Vasser*

**Plaintiff**

**Vs.**                          Cause No. *2022-CC00303*

                               **Division No. 1**

*Wash U.*

**Defendant,**

## COURT ORDER

Cause assigned to Judge *Millikan*, Division *9*
for civil trial on *8-14-23*, at 9:00 a.m.

**Plaintiff shall notify all Defendants of the trial setting and file certificate of service with the Court.**

**Application for continuances of the trial setting must be presented in person to the Presiding Judge in Division One.**

**All other Pre-Trial Motions are governed by the provision of Local Rule 33.7 as amended.**

                    **SO ORDERD:**

                    *E. B. Hogan*

                    **Elizabeth B. Hogan**
                    **Presiding Judge**

**Dated:** *5, July '23*

Electronically Filed - CITY OF ST. LOUIS - August 15, 2023 - 07:50 PM

MISSOURI CIRCUIT COURT
TWENTY-SECOND JUDICIAL CIRCUIT
(City of St. Louis)

SOPHIA VASSER,                          )
                                        )
        Plaintiff,                      )
                                        )        Case No. Case No: 2022-CC00303
vs.                                     )
                                        )        Division  No. 9
WASHINGTON UNIVERSITY                   )
IN ST. LOUIS,                           )
                                        )
                                        )
        Defendant.                      )

**MOTION FOR LEAVE TO FILE**
**FIRST AMENDED PETITION UNDER RULE 55.33(a)**

Comes now Plaintiff, pursuant to Rule 55.33(a), and seeks leave of court to file

her First Amended Petition.

Respectfully submitted,

**GHIO LAW FIRM LLC**

By: _____
Matthew J. Ghio                #44799
In the Historic Dickmann Building
3115 S. Grand, Suite 100
St. Louis, Missouri 63118
(314) 707-5853
(314) 732-1404 (fax)
matt@ghioemploymentlaw.com

Electronically Filed - CITY OF ST. LOUIS - August 15, 2023 - 07:50 PM

MISSOURI CIRCUIT COURT
TWENTY-SECOND JUDICIAL CIRCUIT
(City of St. Louis)

| | | |
|---|---|---|
| SOPHIA VASSER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. Case No: 2022-CC00303 |
| vs. | ) | |
| | ) | Division  No. 1 |
| WASHINGTON UNIVERSITY | ) | |
| IN ST. LOUIS, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**FIRST AMENDED PETITION**

COMES NOW Plaintiff, by and through counsel, and for her First Amended

Petition, states as follows:

1.     Plaintiff  Sophia Vasser is an African-American citizen of the United States

who lives in St. Louis, Missouri.

2.     Defendant Washington University in St. Louis is a Missouri domestic

corporation, registered in Missouri and doing business in St. Louis City as Washington

University in St. Louis.

3.     Plaintiff was first employed by Defendant Washington University's School

of Medicine in 1999 as a medical secretary and in billing, and worked for Defendant

until August, 2016.

4.     Material events and transactions underlying Plaintiff's claims occurred

within the City of St. Louis, State of Missouri.

1

Electronically Filed - CITY OF ST. LOUIS - August 15, 2023 - 07:50 PM

5.     This Court maintains venue and jurisdiction over Plaintiffs claims brought herein pursuant to R.S. Mo. Sec. 213.111, and MO Const art V § 14.

<div align="center">

**COUNT I — RACE DISCRIMINATION**
**IN VIOLATION OF THE MISSOURI HUMAN RIGHTS ACT**
</div>

6.     Plaintiff incorporates and re-alleges all allegations contained within paragraphs 1 through 5 above as if fully set forth herein.

7.     Defendant is an "employer" within the meaning of R.S.Mo. Sec. 213.010.

8.     Plaintiff filed a timely charge with the Missouri Commission on Human Rights ("MCHR"), alleging race discrimination and retaliation.

9.     On November 12, 2019, the MCHR issued Plaintiff a Notice of Right to Sue and Plaintiff thereafter filed this suit in a timely manner on February 10, 2020.

10.     Plaintiff reapplied for a position with Defendant in the summer of 2017.

11.     Plaintiff was hired as a scheduler on July 17, 2017.

12.     During 2017, Jennifer Grelle, a white female co-worker of mine, called a patient a "bitch" on a scheduling call.  Grelle was not disciplined or written up by our supervisor, Lorinda Gaines.  Grelle was then allowed to transfer to another department.

13.     On July 17, 2018, Plaintiff received her first performance review which was a good one.

14.     Around November 16, 2018, Plaintiff took a scheduling call for a patient who needed help with a cast.

15.     On November 19, 2018, Plaintiff was called into a meeting with Gaines and Kathy Bradley.  They accused Plaintiff of calling the patient a "bitch" on a recorded call.

Electronically Filed - CITY OF ST. LOUIS - August 15, 2023 - 07:50 PM

Plaintiff did not call the patient that name.  Plaintiff listened to the recording and did not hear herself use that word.

16.  Gaines and Bradley said Plaintiff did use that word, and they fired her on the spot.

17.  Plaintiff complained internally to Defendant that she did not use that word and about how she was being discriminated against by being treated differently than Jennifer Grelle even if it were true that she said the word.

18.  Defendant discriminated against Plaintiff because of her race when it treated her differently than a white co-worker by terminating her employment and Plaintiff's race was a motivating factor in the decision to discharge her.

19.  Defendant's conduct, as aforesaid, constitutes an unlawful employment practice under R.S.Mo. Sec. 213.055(1).

20.  As a direct result of Defendant's unlawful employment practices, Plaintiff has been damaged in the form of diminished employment status, out-of-pocket costs and expenses, emotional distress and humiliation.

21.  Defendants' actions were intentional, willful, knowing, wanton and malicious, and in flagrant disregard for the rights of Plaintiff, and entitle Plaintiff to an award of punitive damages.

22.  Plaintiff demands a trial by jury on this Count I of her Petition.

WHEREFORE, on Count 1 of this Petition, Plaintiff prays this Court to enter its order, judgment and decree awarding her:

Electronically Filed - CITY OF ST. LOUIS - August 15, 2023 - 07:50 PM

a) a sum of money making Plaintiff whole for the harm caused, including compensatory damages and damages for emotional distress and humiliation;

b) reinstatement to her former position with Defendant or front pay in the alternative;

c) punitive damages to punish and deter Defendants and others from like conduct;

d) costs of litigation and a reasonable sum as and for attorney's fees;

e) pre-judgment interest; and

f) such other and further relief as this Court deems just and proper.

## COUNT II: RETALIATION IN VIOLATION OF THE MISSOURI HUMAN RIGHTS ACT

23.     Plaintiff re-alleges and incorporates by reference each and every allegation contained in paragraphs 1 through 17 above as if fully set forth herein.

24.     Plaintiff's complaint of discrimination after her discharge that she was being discriminated against because of her race was a motivating factor in why her internal appeal failed to result in her reinstatement to her position.

25.     Such actions constitute unlawful employment practices under R.S.Mo. § 213.055(1) and R.S.Mo. § 213.070(2) because of Plaintiff's opposition to a practice she reasonably believed to be unlawful.

26.     As a direct result of Defendants' unlawful employment practices, Plaintiff has been damaged in the form of lost wages and benefits, diminished employment status, out-of-pocket costs and expenses, emotional distress, anxiety and humiliation.

27.     Defendants' actions were outrageous because of Defendants' evil motive or

Electronically Filed - CITY OF ST. LOUIS - August 15, 2023 - 07:50 PM

reckless indifference to the rights of others, and therefore entitle Plaintiff to an award of punitive damages.

28. Plaintiff demands a trial by jury on this Count II of her Petition.

WHEREFORE, on Count II of her Petition, Plaintiff prays this Court enter its order, judgment and decree awarding her:

a) a sum of money making Plaintiff whole for the harm caused, including compensatory damages and damages for emotional distress and humiliation;

b) reinstatement to her former position with Defendant or front pay in the alternative;

c) punitive damages to punish and deter Defendants and others from like conduct;

d) costs of litigation and a reasonable sum as and for attorney's fees;

e) pre-judgment interest; and

f) such other and further relief as this Court deems just and proper.

## COUNT III: SECTION 1981 - DISCRIMINATION AND RETALIATION ON THE BASIS OF RACE

29. This claim arises under 42 U.S.C. § 1981 ("Section 1981"). Jurisdiction of this Court is invoked pursuant to MO Const art V § 14.

30. Ms. Vasser realleges the foregoing paragraphs as though fully set forth herein.

31. Ms. Vasser is a member of a protected class on the basis of race. She is an African-American woman.

32. Ms. Vasser, in all respects, was performing her job in a manner that was

Electronically Filed - CITY OF ST. LOUIS - August 15, 2023 - 07:50 PM

consistent with Washington University's legitimate business expectations.

33.     Washington University discriminated against Ms. Vasser as described above, including but not limited to, firing her.

34.     Washington University also retaliated against Ms. Vasser as described above, including but not limited to firing her because of her complaint of race discrimination.

35.     Washington University's actions were taken with a willful and wanton disregard of Ms. Vasser's rights under Section 1981.

36.      As a direct and proximate result of said unlawful employment practices and in disregard of Ms. Vasser's rights and sensibilities, Ms. Vasser has suffered humiliation, degradation, emotional distress, other consequential damages, and lost wages.

WHEREFORE, on Count III of her Petition, Plaintiff prays this Court enter its order, judgment and decree awarding her:

A. Enter judgment in favor of Ms. Vasser and against the Defendant for violation of Ms. Vasser's Rights under Section 1981;

B. Declare that the actions of the Defendant constituted unlawful discrimination;

C. Award Ms. Vasser compensatory damages, including, but not limited to, lost wages and benefits, in such amount as will reasonably compensate her for her losses, and damages for emotional distress;

D. Award Ms. Vasser punitive damages in such amount as the Court deems proper;

E. Award Ms. Vasser her costs, attorneys' fees, and non-taxable expenses in this

Electronically Filed - CITY OF ST. LOUIS - August 15, 2023 - 07:50 PM

action; and

      F. Grant Ms. Vasser such other and further relief as the Court deems equitable and

just.

                        Respectfully submitted,

                        **GHIO LAW FIRM LLC**

                        By: _____
                        Matthew J. Ghio       #44799
                        In the Historic Dickmann Building
                        3115 S. Grand, Suite 100
                        St. Louis, Missouri 63118
                        (314) 707-5853
                        (314) 732-1404 (fax)
                        matt@ghioemploymentlaw.com



**FILED**

AUG 28 2023

# MISSOURI CIRCUIT COURT
22ND JUDICIAL CIRCUIT
CIRCUIT CLERK'S OFFICE
BY
DEPUTY

# TWENTY-SECOND JUDICIAL CIRCUIT
(CITY OF ST. LOUIS)

SOPHIA VASSER
VS

WASHINGTON UNIVERSITY IN St. Louis

CASE NO. 2022 - CC 00303   DIVISION   9          August 28   2023

---

## ORDER/JUDGMENT/MEMORANDUM

ABOVE STYLED CAUSE TRANSFERRED TO

DIVISION 1.

        PLAINTIFF'S COUNSEL TO CONTACT DIVISION 1

TO REQUEST CONTINUANCE OR NEW TRIAL

SETTING.


SO ORDERED:

DIV 9

ENTERED

AUG 28 2023

OLG

FORM 14 (Rev 11/02)

**MISSOURI CIRCUIT COURT**
**TWENTY – SECOND JUDICIAL CIRCUIT**
**(CITY OF ST. LOUIS**



FILED

AUG 2 8 2023

22ND JUDICIAL CIRCUIT
CIRCUIT CLERK'S OFFICE
BY _____ DEPUTY

Sophia Vassey

**VS**

Washington U. in St. Louis

**CAUSE NO.** 2022-CC00303 **DIV.** 9 **DATE** August 28

**COURT ORDER**

Cause set on rolling trial docket ☒

~~Cause assigned to Honorable~~ _____ ~~in Division~~
~~for further proceedings.~~

11/27/23 m Div 1

**SO ORDERED:**

**Elizabeth B. Hogan**
**Presiding Judge**

Electronically Filed - CITY OF ST. LOUIS - September 06, 2023 - 09:40 AM

MISSOURI CIRCUIT COURT
TWENTY-SECOND JUDICIAL CIRCUIT
(City of St. Louis)

SOPHIA VASSER,                          )
                                        )
          Plaintiff,                    )
                                        )    Case No. Case No: 2022-CC00303
vs.                                     )
                                        )    Division  No. 6
WASHINGTON UNIVERSITY                   )
IN ST. LOUIS,                           )
                                        )
                                        )
          Defendant.                    )

## Notice of Hearing

Comes now Plaintiff and calls up her Motion for Leave to File Her First Amended Petition as soon as may be heard in Div. 6.

Respectfully submitted,

**GHIO LAW FIRM LLC**

By: _____
Matthew J. Ghio                 #44799
In the Historic Dickmann Building
3115 S. Grand, Suite 100
St. Louis, Missouri 63118
(314) 707-5853
(314) 732-1404 (fax)
matt@ghioemploymentlaw.com



MISSOURI CIRCUIT COURT
TWENTY-SECOND JUDICIAL CIRCUIT
(City of St. Louis)

SEP - 6 2023

22ND JUDICIAL CIRCUIT
CIRCUIT CLERK'S OFFICE
BY _____ DEPUTY

SOPHIA VASSER,                                    )
                                                 )
        Plaintiff,                               )
                                                 )        Case No. Case No: 2022-CC00303
vs.                                              )
                                                 )        Division  No. 9
WASHINGTON UNIVERSITY                            )
IN ST. LOUIS,                                    )
                                                 )
                                                 )
        Defendant.                               )

## MOTION FOR LEAVE TO FILE
## FIRST AMENDED PETITION UNDER RULE 55.33(a)

Comes now Plaintiff, pursuant to Rule 55.33(a), and seeks leave of court to file

her First Amended Petition.

Respectfully submitted,

**GHIO LAW FIRM LLC**

By: _____
Matthew J. Ghio              #44799
In the Historic Dickmann Building
3115 S. Grand, Suite 100
St. Louis, Missouri 63118
(314) 707-5853
(314) 732-1404 (fax)
matt@ghioemploymentlaw.com

**E N T E R E D**

SEP - 6 2023

**M S**

1

Electronically Filed - CITY OF ST. LOUIS - September 06, 2023 - 11:46 AM

MISSOURI CIRCUIT COURT
TWENTY-SECOND JUDICIAL CIRCUIT
(City of St. Louis)

| | | |
|---|---|---|
| SOPHIA VASSER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. Case No: <u>2022-CC00303</u> |
| vs. | ) | |
| | ) | Division  No. 6 |
| WASHINGTON UNIVERSITY | ) | |
| IN ST. LOUIS, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**Request for Alias Summons**

Comes now Plaintiff requests an alias summons issued for Defendant.  Serve: Monica J. Allen, Vice-Chancellor and General Counsel Washington University in St. Louis, Campus Box 1058, One Brookings Drive, St. Louis, Missouri 63130-4899.

Respectfully submitted,

**GHIO LAW FIRM LLC**

By: _____
Matthew J. Ghio                    #44799
In the Historic Dickmann Building
3115 S. Grand, Suite 100
St. Louis, Missouri 63118
(314) 707-5853
(314) 732-1404 (fax)
matt@ghioemploymentlaw.com

Electronically Filed - CITY OF ST. LOUIS - September 06, 2023 - 11:46 AM

**In the**

# CIRCUIT COURT
## City of St. Louis, Missouri

Sophia Vasser
_____
Plaintiff/Petitioner


vs.

Washington University St. Louis
_____
Defendant/Respondent

For File Stamp Only

September 6, 2023
_____
Date

2022-CC00303
_____
Case number

1
_____
Division

## REQUEST FOR   PPOINTMENT OF PROCESS SERVER

Comes now  Plaintiff Sophia Vasser _____, pursuant
                          Requesting Party

to Local Rule 14, requests the appointment by the Circuit Clerk of

| Wm. Stage | PO Box 4932 St Louis Mo 63108 | 314-420-2226 |
|---|---|---|
| Name of Process Server | ddress | Telephone |
| | | |
| Name of Process Server | ddress | Telephone |
| | | |
| Name of Process Server | ddress | Telephone |

to serve the summons and petition in this cause on the below named parties.

SERVE:

Monica J. Allen, General Counsel
_____
Name
Washington University in St. Louis
   ddress
One Brookings Drive St Louis Mo 63130
_____
City/State/Zip

SERVE:

_____
Name

   ddress
_____
City/State/Zip

SERVE:

_____
Name

   ddress
_____
City/State/Zip

SERVE:

_____
Name

   ddress
_____
City/State/Zip

 ppointed as requested:
**TOM KLOEPPINGER,** Circuit Clerk


By_____
      Deputy Clerk

_____
Date

Matthew J. Ghio
_____
 ttorney/Plaintiff/Petitioner
44799
Bar No.
3115 S Grand, Suite 100. St Louis Mo 63118
   ddress
314-707-5853
Phone No.

Electronically Filed - CITY OF ST. LOUIS - September 06, 2023 - 11:46 AM

**RULE 14 SPECIAL PROCESS SERVERS**

1. Any person appointed by the Court or the Circuit Clerk to serve process must have a license issued pursuant to this rule to serve process.

2. Licenses to serve process shall be issued by the Sheriff of the City of St. Louis if the applicant has met the following qualifications:

   a. Is twenty-one years of age or older;

   b. Has a high school diploma or an equivalent level of education;

   c. Has insurance coverage for any errors or omissions occurring in the service of process;

   d. Has not been convicted, pleaded guilty to or been found guilty of any felony, or of any misdemeanor involving moral turpitude; and,

   e. Has passed a training course for the service of process which shall be administered by the Sheriff of the City of St. Louis.

3. Each applicant for a process server license under the provisions of this rule shall provide an affidavit setting forth such person's legal name, current address, any other occupations and current telephone numbers.  Licensed process servers shall immediately notify the Sheriff of the City of St. Louis of any change in the above information, and the failure to do so shall constitute good cause for the revocation of such person's license.

4. The Sheriff of the City of St. Louis shall maintain a list of persons licensed to serve process pursuant to this rule, and shall make such list available to litigants upon request.

5. A photo identification card designed by the Sheriff of the City of St. Louis shall be issued in addition to the license.  No other identification will be allowed.  All licenses must be signed and approved by the Sheriff of the City of St. Louis and the Presiding Judge or his designee.

6. A license fee recommended by the Sheriff and approved by the Court En Banc shall be charged to cover the costs of compiling and maintaining the list of process servers and for the training of such process servers.  The license fees shall be made payable to the Sheriff of the City of St. Louis.

Electronically Filed - CITY OF ST. LOUIS - September 06, 2023 - 11:46 AM

7.   license for service of process issued under this rule may be revoked by the Sheriff with the approval of the Presiding Judge or his designee, for any of the following reasons:

a. Misrepresentation of duty or authority;

b. Conviction, guilty plea or finding of guilty of any state or federal felony, or a misdemeanor involving moral turpitude;

c. Improper use of the license;

d. Making a false return; or

e.  ny other good cause.

Provided, no service of process made by an appointed process server with a revoked license shall be void if the Court or Circuit Clerk made the appointment in good faith without knowledge of the license revocation.

8.  ny person authorized to serve process may carry a concealed firearm as allowed by Section 506.145, RSMo, only while actually engaged in the service of process and only if the person has passed a firearms qualification test approved by a law enforcement agency; provided, however, that any licensed special process server may file a written waiver of the right to carry a concealed firearm and thereby avoid the requirements of firearm training and testing.   ny violation of this section shall be considered beyond the scope of the privilege to carry a concealed weapon that is granted by the appointment, and shall constitute good cause for the revocation of the license.

9.   pplications for the appointment of a special process server shall be made on forms available in the offices of the Sheriff and Circuit Clerk.  Orders  ppointing special process servers may list more than one licensed server as alternatives.

10. The licenses granted pursuant to this rule shall be good for two years.  Each person granted a license shall be required to reapply at the expiration of the license and shall be required to provide all the information required in the initial application, including a current police record check.

(  pproved 9/28/92; amended 11/23/92; 5/31/95; 12/17/07)



**IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI**

| Judge or Division:<br>ELIZABETH BYRNE HOGAN | Case Number:  2022-CC00303 | |
|---|---|---|
| Plaintiff/Petitioner:<br>SOPHIA VASSER<br><div align="right">vs.</div> | Plaintiff's/Petitioner's Attorney/Address<br>MATTHEW JOHN GHIO<br>GHIO LAW FIRM LLC<br>3115 S GRAND, SUITE 100<br>ST LOUIS, MO  63118 | |
| Defendant/Respondent:<br> WASHINGTON UNIVERSITY IN ST. LOUIS | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | | (Date File Stamp) |

## ALIAS Summons in Civil Case

**The State of Missouri to:  WASHINGTON UNIVERSITY IN ST. LOUIS**
**Alias:**

**MONICA J ALLEN, VICE CHANCELLOR**
**GENERAL COUNSEL**
**WASHINGTON UNIVERSITY IN STL**
**CAMPUS BOX 1058,**
**ONE BROOKINGS DRIVE**
**SAINT LOUIS, MO  63130**

<div style="border:1px solid; display:inline-block; padding:4px; color:red; font-weight:bold;">SPECIAL PROCESS SERVER</div>

*COURT SEAL OF*



*CITY OF ST LOUIS*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**September 8, 2023**

| Date | Circuit Clerk |
|---|---|

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.
☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.
☐ (for service on a corporation) delivering a copy of the summons and petition to:
_____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____        _____
Printed Name of Sheriff or Server                               Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____        _____
                                              Date                                              Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - CITY OF ST. LOUIS - September 12, 2023 - 03:13 PM

MISSOURI CIRCUIT COURT
TWENTY-SECOND JUDICIAL CIRCUIT
(City of St. Louis)

| | | |
|---|---|---|
| SOPHIA VASSER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. Case No: <u>2022-CC00303</u> |
| vs. | ) | |
| | ) | Division  No. 6 |
| WASHINGTON UNIVERSITY | ) | |
| IN ST. LOUIS, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**<u>PROOF OF SERVICE</u>**

Comes now Plaintiff and advises this Court that Lisa Wood, Associate Vice-Chancellor and Deputy General Counsel (wood_esq@wustl.edu) for Defendant agreed to accept service of the Alias Summons issued in this matter on September 12, 2023.

Respectfully submitted,

**GHIO LAW FIRM LLC**

By: _____
Matthew J. Ghio                    #44799
In the Historic Dickmann Building
3115 S. Grand, Suite 100
St. Louis, Missouri 63118
(314) 707-5853
(314) 732-1404 (fax)
<u>matt@ghioemploymentlaw.com</u>

**MISSOURI CIRCUIT COURT**
**TWENTY – SECOND JUDICIAL CIRCUIT**
**(CITY OF ST. LOUIS)**

*FILED*

SEP 21 2023

22ND JUDICIAL CIRCUIT
CIRCUIT CLERK'S OFFICE
BY _____ DEPUTY

*Nasser*
**Plaintiff**

**Vs.**                                    Cause No. *2022-CC-00303*

                                           **Division No. 1**

*Wash. U.*
**Defendant,**

### COURT ORDER

**Cause assigned to Judge** *Wright*        **, Division** *2*
**for civil trial on** *11-27-23*        **, at 9:00 a.m.**

**Plaintiff shall notify all Defendants of the trial setting and file certificate of service with the Court.**

**Application for continuances of the trial setting must be presented in person to the Presiding Judge in Division One.**

**All other Pre-Trial Motions are governed by the provision of Local Rule 33.7 as amended.**

                    **SO ORDERD:**
                    *E. B. Hogan*
                    **Elizabeth B. Hogan**
                    **Presiding Judge**

**Dated:** *21, Sept. '23*