MISSOURI CIRCUIT COURT
TWENTY-SECOND JUDICIAL CIRCUIT
(City of St. Louis)

| | |
|---|---|
| SOPHIA VASSER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>WASHINGTON UNIVERSITY )<br>IN ST. LOUIS, )<br>)<br>Defendant. ) | Case No. 2022-CC00303 |

**NOTICE TO STATE COURT OF THE**
**FILING OF THE NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. § 1446(d), Defendant Washington University in St. Louis hereby notifies this Court that on October 12, 2023, Defendant filed a Notice of Removal in the United States District Court for the Eastern District of Missouri, thereby removing this civil action to that United States District Court.

According to 28 U.S.C. § 1446(d), the Circuit Court for St. Louis City, Missouri, shall proceed no further with this civil action which is denominated as Case No. 2022-CC00303.

Dated: October 10, 2023    Respectfully submitted,

GREENSFELDER, HEMKER & GALE, P.C.

By: ___/s/ Amy L. Blaisdell___
Amy L. Blaisdell, MO Bar #51068
Katie L. Fechte, MO Bar #67927
10 S. Broadway, Suite 2000
St. Louis, MO 63102-1747
T: 314/241-9090 / F: 314/241-8624
apb@greensfelder.com
kfechte@greensfelder.com

***Attorneys for Defendant***



Exhibit C

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 10, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which provided notice to:

Matthew J. Ghio
Ghio Law Firm LLC
3115 S. Grand, Suite 100
St. Louis, MO 63118
matt@ghioemploymentlaw.com

*Attorneys for Plaintiff*

                                                      /s/ Amy L. Blaisdell

4872-3044-9791, v. 1