IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| SOPHIA VASSER, ) | |
| ) | |
| Plaintiff, ) | Case No. _____ |
| ) | |
| vs. ) | Removed from the Circuit Court of |
| ) | St. Louis City, Case No. 2022-CC00303 |
| WASHINGTON UNIVERSITY ) | |
| IN ST. LOUIS, ) | |
| ) | |
| Defendant. ) | |

**NOTICE TO PLAINTIFF OF THE**
**FILING OF THE NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. § 1446(d), you are hereby notified that on October 12, 2023, Defendant The Washington University filed a Notice of Removal in the United States District Court for the Eastern District of Missouri, thereby removing this civil action to that United States District Court.

According to 28 U.S.C. § 1446(d), the Circuit Court for St. Louis City, Missouri, shall proceed no further with this civil action which is denominated as Case No. 2022-CC00303.

Dated:  October 10, 2023                   Respectfully submitted,

GREENSFELDER, HEMKER & GALE, P.C.


By:   /s/ Amy L. Blaisdell
Amy L. Blaisdell, MO Bar #51068
Katie L. Fechte, MO Bar #67927
10 S. Broadway, Suite 2000
St. Louis, MO  63102-1747
T:  314/241-9090 / F:  314/241-8624
apb@greensfelder.com
kfechte@greensfelder.com

*Attorneys for Defendant*



2

## CERTIFICATE OF SERVICE

      I hereby certify that on October 10, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which provided notice to:

Matthew J. Ghio
Ghio Law Firm LLC
3115 S. Grand, Suite 100
St. Louis, MO 63118
matt@ghioemploymentlaw.com

*Attorneys for Plaintiff*

                                        /s/ Amy L. Blaisdell