IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SOPHIA VASSER, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:23-cv-01274-JSD |
| WASHINGTON UNIVERSITY IN ST. LOUIS, | ) |
| Defendant. | ) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW, Sophia Vasser, by and through her attorneys, and hereby stipulates and agrees that this action and all of her claims against Defendant Washington University in St. Louis shall be, and hereby are, dismissed with prejudice. Each party shall bear her/its own costs and attorneys' fees.

Respectfully submitted,

*Matthew J. Ghio*

Matthew J. Ghio, #44799
THE CRONE LAW FIRM, PLC
4818 Washington Blvd., Ste. 107
St. Louis, Mo 63109
Phone: (314) 208-3856
mghio@cronelawfirmplc.com
agass@cronelawfirmplc.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which served notice upon all counsel of record.

*Matthew J. Ghio*

_____