IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SOPHIA VASSER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:23-cv-01274-JSD |
| ) | |
| WASHINGTON UNIVERSITY ) | |
| IN ST. LOUIS, ) | |
| ) | |
| Defendant. ) | |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff Sophia Vasser and Defendant Washington University in St. Louis, by and through their undersigned counsel, and hereby dismiss with prejudice all claims and all causes of action in the above-captioned case, with each party to bear their own attorneys' fees, expenses, and costs.

Dated:  March 7, 2024                                                  Respectfully Submitted,

THE CRONE LAW FIRM, PLC                              UB GREENSFELDER LLP


By:  /s/ Matthew J. Ghio (by consent)                    By:  /s/ Amy L. Blaisdell
    Matthew J. Ghio, #44799                                 Amy L. Blaisdell, #51068
    4818 Washington Blvd., Ste. 107                       Katie L. Fechte, #67927
    St. Louis, MO 63109                                          10 S. Broadway, Suite 2000
    Phone: (314) 208-3856                                       St. Louis, MO 63102
    mghio@cronelawfirmplc.com                           T:  (314) 241-9090 / F:  (314) 241-8624
    agass@cronelawfirmplc.com                            ablaisdell@ubglaw.com
                                                                                  kfechte@ubglaw.com

    ***Attorneys for Plaintiff***

                                                                                                     ***Attorneys for Defendant***